1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN W. MANNING, | CASE NO. 2:23-cv-00201-JHC |
| Plaintiff, | ORDER |
| v. | |
| OFFERUP INC., et al. | |
| Defendants. | |

On March 1, 2023, the Court dismissed the complaint without prejudice. Dkt. # 9. The Court granted Plaintiff 30 days to file an amended complaint. *Id*. Since then, Plaintiff has not filed an amended complaint, nor has he submitted anything further to the Court. *See generally* Dkt.

Accordingly, the Court DISMISSES the action without prejudice. The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address, and to close this case.

Dated this 18th day of April, 2023.

ORDER - 1

John H. Chun
United States District Judge

ORDER - 2